FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 17-11567-TMD | Trustee Name: | Ron Satija |
|---|---|---|---|
| Case Name: | QUARRI TECHNOLOGIES, INC. | Date Filed (f) or Converted (c): | 12/21/2017 (f) |
| For the Period Ending: | 3/31/2022 | §341(a) Meeting Date: | 01/18/2018 |
| | | Claims Bar Date: | 10/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Comerica Bank 5679 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Lease DFP Rialto LP | $15,676.76 | $0.00 | | $0.00 | FA |
| Asset Notes: | UCCs | | | | | |
| 3 | Office furniture | $7,432.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | UCCs | | | | | |
| 4 | Office Fixtures | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Office equipment | $6,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | UCCs | | | | | |
| 6 | 7500 Rialto Blvd Ste 210 Austin TX 78735 Leasehold | Unknown | $0.00 | | $0.00 | FA |
| 7 | US Patent 8,528,061 | $1,000,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | UCCs | | | | | |
| | IPX has been retained to sell; TTE reviewed sale agreement 6/20/19 | | | | | |
| | Doc 33 08/12/20 Mot to Sell to TensorX | | | | | |
| | Doc 36 09/08/20 Ord to Sell (This sale fell through.) | | | | | |
| 8 | www.quarri.com | Unknown | $100.00 | | $0.00 | FA |
| 9 | License agreement with Blue Coat Systems Inc | Unknown | $0.00 | | $0.00 | FA |
| 10 | 2016 Federal tax refund - NOL | $11,362,652.00 | $9,173,705.87 | | $0.00 | FA |
| Asset Notes: | UCCs | | | | | |
| 11 | refund of retainer of VCFO (u) | $0.00 | $1,500.00 | | $1,500.00 | FA |
| 12 | Remnant Assets (u) | $10,000.00 | $10,000.00 | | $0.00 | $10,000.00 |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $12,401,760.76 | $9,185,305.87 | | $1,500.00 | $10,000.00 |

**Major Activities affecting case closing:**

| 03/31/2022 | Motion to Sell remaining assets filed |
|---|---|
| 03/08/2022 | IRS 505 correspondence rec'd 2018-2020 accepted except 2017 |
| 01/12/2022 | Tax returns submitted |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 17-11567-TMD | Trustee Name: | Ron Satija |
|---|---|---|---|
| Case Name: | QUARRI TECHNOLOGIES, INC. | Date Filed (f) or Converted (c): | 12/21/2017 (f) |
| For the Period Ending: | 3/31/2022 | §341(a) Meeting Date: | 01/18/2018 |
| | | Claims Bar Date: | 10/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 06/24/2021 | Received and reviewing offer on remaining assets |
| 01/07/2021 | TTE communication with estate's broker regarding substitute sale of patent. |
| 09/08/2020 | Doc 36 Ord on Mot to Sell [Doc 33] |
| 08/26/2020 | Doc 34 Ord Aprvg App to Employ CPA Mosley |
| 08/12/2020 | TTE MTS patent |
| 08/12/2020 | Doc 33 Mot to Sell Patent |
| 07/30/2020 | Application to employ accountant filed |
| 06/14/2020 | TTE prepared bid procedures motion and communicated with IPX regarding same. |
| 06/14/2020 | TTE investigated tax consequences of sale. |
| 05/01/2020 | Doc 30 Agr Ord on Claim 6 |
| 03/23/2020 | Hearing on Doc 17 - Obj to Claim 6 NOT held. Agreed Order to Come |
| 02/19/2020 | Odrs obj 3 clms |
| 02/13/2020 | resp to obj clm 6 |
| 01/14/2020 | obj 4, 6, 8, 11 filed |
| 06/20/2019 | Reviewed draft sale agreement and e-mail correspondence with TTE's counsel regarding same. |
| 05/16/2019 | Telephone conference with broker and counsel regarding offer |
| 04/04/2019 | status conference with TTE counsel; waiting on broker to secure offer |
| 01/15/2019 | status conference with counsel and broker |
| 08/08/2018 | Arrange for Brokers to inspect computers/IP |
| 06/14/2018 | Odr hire IPX to sell IP |
| 03/27/2018 | Odr hire Roberts |
| 03/27/2018 | Order to hire Strasburger |
| 03/02/2018 | MTH S Roberts |
| 03/01/2018 | Shattuck picked up computers from office and storage |
| 01/29/2018 | rec'd email to reject TÜV SÜD escrow agmt; fwd to RS & S Roberts |
| 01/05/2018 | rec'd phone call from another potential asset buyer who wants the AR only. |
| 01/02/2018 | rec'd offer for all assets from Alex Dove |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 | **Current Projected Date Of Final Report (TFR):** | 03/31/2022 | /s/ RON SATIJA |
|---|---|---|---|---|
| | | | | RON SATIJA |